for failure to prosecute in accordance with the rules.

Billie EDWARDS, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,
Respondent.

No. 04–3099.

United States Court of Appeals,
Federal Circuit.

DECIDED: April 12, 2004.

Billie Edwards, Oklahoma City, OK, pro se.

David F. D'Alessandris, Principal Attorney, Robert E. Kirschman, Jr., David M. Cohen, Of Counsel, Department of Justice, Washington, DC, for Respondent.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

Sandra L NEAL, Petitioner,

v.

DEPARTMENT OF JUSTICE,
Respondent.

No. 04–3093.

United States Court of Appeals,
Federal Circuit.

April 12, 2004.

Sandra L. Neal, Of Counsel, Delray Beach, FL, for Petitioner.

Steven J. Abelson, Principal Attorney, Jeanne E. Davidson, Of Counsel, David M. Cohen, Of Counsel, Department of Justice, Washington, DC for Respondent.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

### In re Alan D. SNOW and Gerardo Castillo.

### No. 04–1168.

United States Court of Appeals, Federal Circuit.

DECIDED: April 12, 2004.

Patrick M. Dwyer, Principal Attorney, Seattle, WA, for Appellants.

John M. Whealan, Principal Attorney, Raymond T. Chen, of Counsel, Arlington, VA, for Appellee.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### OLYMPIAREINIGUNG, GMBH, Appellant,

### v.

### Les BROWNLEE, Acting Secretary of the Army, Appellee.

### No. 03–1261.

United States Court of Appeals, Federal Circuit.

DECIDED: April 12, 2004.

Richard S. Ewing, Principal Attorney, Donald E. Kinner, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Appellee.

Leodis C. Matthews, Principal Attorney, Matthews & Partners, Los Angeles, CA, for Appellant.

### ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.